# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **CARRIE BOSWELL,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No.: 2:15-CV-1510-VEH |
| | ) |
| **NATIONSTAR MORTGAGE LLC,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

The court has been advised by counsel that the above entitled cause has been settled, and the court has directed counsel to file a stipulation of dismissal. The parties have not done so. Therefore, it is **ORDERED**, **ADJUDGED**, and **DECREED** that this case is hereby **DISMISSED WITH PREJUDICE**, costs taxed as paid. Provided, however, that any party may seek to reopen the action within sixty (60) days, upon good cause shown, or submit a stipulated form of final judgment. The court retains jurisdiction to enforce the settlement agreement between the parties.

**DONE** and **ORDERED** this 5th day of January, 2016.

*/s/ Virginia Emerson Hopkins*
**VIRGINIA EMERSON HOPKINS**
United States District Judge